**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-2290

———————

JO ANNE JOHNSON,

Plaintiff - Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Elizabeth City.  Terrence W. Boyle,
District Judge.  (CA-03-60-2-BO)

———————

Submitted:  February 18, 2005          Decided:  March 10, 2005

———————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jo Anne Johnson, Appellant Pro Se.  David J. Cortes, OFFICE OF THE
UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jo Anne Johnson appeals the district court's order granting the Commissioner of the Social Security Administration's ("Commissioner") motion for judgment and affirming the Commissioner's denial of supplemental security income benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). Having thoroughly reviewed the administrative record, we agree with the district court that substantial evidence supports the Commissioner's final decision denying supplemental security income benefits. Accordingly, we affirm for the reasons stated by the district court. See Johnson v. Barnhart, No. CA-03-60-2-BO (E.D.N.C. Oct. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED